## RODNEY CROSBY *v.* COMMISSIONER OF CORRECTION

The petitioner Rodney Crosby's petition for certification for appeal from the Appellate Court, 119 Conn. App. 902 (AC 30525), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Laljeebhai R. Patel*, special public defender, in support of the petition.

*Adam E. Mattei*, special deputy assistant state's attorney, in opposition.

Decided April 7, 2010

## WILLIAM PETAWAY *v.* COMMISSIONER OF CORRECTION

The petitioner William Petaway's petition for certification for appeal from the Appellate Court, 119 Conn. App. 904 (AC 30808), is denied.

*Laljeebhai R. Patel*, special public defender, in support of the petition.

*Margaret Gaffney Radionovas*, senior assistant state's attorney, in opposition.

Decided April 7, 2010